# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

**BONNIE HODGES**,
        Plaintiff,

v.          Case No. **23-CV-712**

**MARTIN J. O'MALLEY,**
**Acting Commissioner of the Social Security Administration**,
        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the parties' stipulation this matter shall be **remanded** back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

Date: February 13, 2024

        Gina M. Colletti, Clerk of Court
        EASTERN DISTRICT OF WISCONSIN
        (By) Deputy Clerk, *s/Evan Romel*
        Approved this 13th day of February, 2024.

        WILLIAM E. DUFFIN
        United States Magistrate Judge